IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HORNADY MANUFACTURING COMPANY,** | ) ) ) | Case No. 8:10CV150 |
| Plaintiff, | ) ) | ORDER GRANTING THE STIPULATION AND MOTION TO |
| v. | ) ) | EXTEND DATE FOR FILING RULE 26 PLANNING REPORT |
| **PERICO LIFE INSURANCE COMPANY, THE BENEFIT GROUP, INC., and PRENTISS & ASSOCIATES, INC.,** | ) ) ) ) ) | |
| Defendants. | ) | |

This matter came before the Court on the Stipulation and Motion to Extend Date for Filing Rule 26 Planning Report filed by the plaintiff, Hornady Manufacturing Company, and two of the defendants, The Benefit Group, Inc., and Prentiss & Associates, Inc. (Filing No. 18).

Upon review of the Stipulation and Motion and being fully advised in the premises,

**IT IS ORDERED** that the Stipulation and Motion is hereby granted, in part, as set forth below.

**IT IS FURTHER ORDERED** that the deadline for the parties to file their Rule 26 Planning Report is extended until **thirty (30)** days after the Court has ruled on the plaintiff's Motion to Remand.

DATED this 2nd day of June, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge